# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
## No. 22-0303V
UNPUBLISHED

EDITH MURRAY,

                Petitioner,

v.

SECRETARY OF HEALTH AND
HUMAN SERVICES,

                Respondent.

Chief Special Master Corcoran

Filed: March 31, 2023

Special Processing Unit (SPU);
Damages Decision Based on Proffer;
Influenza (Flu) Vaccine; Guillain-
Barre Syndrome (GBS)

*Leah VaSahnja Durant, Law Offices of Leah V. Durant, PLLC, Washington, DC, for Petitioner.*

*James Vincent Lopez, U.S. Department of Justice, Washington, DC, for Respondent.*

## DECISION AWARDING DAMAGES[1]

      On March 18, 2022, Edith Murray filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*[2] (the "Vaccine Act"). Petitioner alleges that she suffered injuries, including Guillain-Barre Syndrome ("GBS"), resulting from the adverse effects of an influenza vaccine received on September 15, 2020. Petition at 1. Petitioner further alleges that the vaccine was administered in the United States, her injury lasted longer than six months, and neither Petitioner nor any other party has ever received compensation in the form of an award or settlement for her vaccine-related injury. Petition at ¶¶ 1, 15-16. The case was assigned to the Special Processing Unit of the Office of Special Masters.

---

[1] Because this unpublished Decision contains a reasoned explanation for the action in this case, I am required to post it on the United States Court of Federal Claims' website in accordance with the E-Government Act of 2002.  44 U.S.C. § 3501 note (2012) (Federal Management and Promotion of Electronic Government Services). **This means the Decision will be available to anyone with access to the internet.** In accordance with Vaccine Rule 18(b), Petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, I agree that the identified material fits within this definition, I will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755.  Hereinafter, for ease of citation, all section references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2012).

On February 13, 2023, a ruling on entitlement was issued, finding Petitioner entitled to compensation for GBS. On March 31, 2023, Respondent filed a proffer on award of compensation ("Proffer") indicating Petitioner should be awarded $215,000.00. Proffer at 2. In the Proffer, Respondent represented that Petitioner agrees with the proffered award. *Id.* Based on the record as a whole, I find that Petitioner is entitled to an award as stated in the Proffer.

Pursuant to the terms stated in the attached Proffer, **I award Petitioner a lump sum payment of $215,000.00 (in pain and suffering) in the form of a check payable to Petitioner.** This amount represents compensation for all damages that would be available under Section 15(a).

The Clerk of Court is directed to enter judgment in accordance with this decision.[3]

**IT IS SO ORDERED.**

**s/Brian H. Corcoran**
Brian H. Corcoran
Chief Special Master

---

[3] Pursuant to Vaccine Rule 11(a), entry of judgment can be expedited by the parties' joint filing of notice renouncing the right to seek review.

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
OFFICE OF SPECIAL MASTERS

_____
                                                    )
EDITH MURRAY,                                        )
                                                    )
            Petitioner,                              )
                                                    )        No. 22-303V
        v.                                           )        Chief Special Master Brian H. Corcoran
                                                    )        ECF
SECRETARY OF HEALTH AND                              )
HUMAN SERVICES,                                      )
                                                    )
            Respondent.                              )
_____)

## RESPONDENT'S PROFFER ON AWARD OF COMPENSATION

On March 18, 2022, Edith Murray ("petitioner") filed a petition for compensation under

the National Childhood Vaccine Injury Act of 1986, as amended ("the Vaccine Act" or "the

Act"), 42 U.S.C. §§ 300aa-1 to -34.  Petitioner alleges that she developed Guillain-Barré

Syndrome ("GBS") as a result of an influenza ("flu") vaccine administered to her on September

15, 2020.  On February 13, 2023, the Secretary of Health and Human Services ("respondent")

filed a Rule 4(c) Report indicating that this case is appropriate for compensation under the terms

of the Act for a GBS Table injury, and on the same day, the Chief Special Master issued a Ruling

on Entitlement finding petitioner entitled to compensation.  ECF Nos. 20, 22.

**I.      Items of Compensation**

        A.     Pain and Suffering

Respondent proffers that petitioner should be awarded $215,000.00 in pain and suffering.

*See* 42 U.S.C. § 300aa-15(a)(4).  Petitioner agrees.

This amount represent all elements of compensation to which petitioner is entitled under

42 U.S.C. § 300aa-15(a).  Petitioner agrees.

II.   <u>**Form of the Award**</u>

Petitioner is a competent adult.  Evidence of guardianship is not required in this case. Respondent recommends that the compensation provided to petitioner should be made through a lump sum payment as described below and requests that the Chief Special Master's decision and the Court's judgment award the following[1]: a lump sum payment of $215,000.00, in the form of a check payable to petitioner.

III.   <u>**Summary of Recommended Payments Following Judgment**</u>

Lump sum payable to petitioner, Edith Murray:                    **$215,000.00**

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

C. SALVATORE D'ALESSIO
Director
Torts Branch, Civil Division

HEATHER L. PEARLMAN
Deputy Director
Torts Branch, Civil Division

ALEXIS B. BABCOCK
Assistant Director
Torts Branch, Civil Division

*/s James V. Lopez*
James V. Lopez
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 146, Ben Franklin Station
Washington, D.C. 20044-0146
Tel: (202) 616-3655
Fax: (202) 616-4310
Email: james.lopez@usdoj.gov

---

[1] Should petitioner die prior to entry of judgment, the parties reserve the right to move the Court for appropriate relief.  In particular, respondent would oppose any award for future lost earnings and future pain and suffering.

2

Date: March 31, 2023